AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JEWEL A. BEARD,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV120-19

ANDREW SAUL, Commissioner of Social Security Administration,

    Defendant,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that pursuant to the Order dated April 20, 2021, the Magistrate Judge's Report and Recommendation is ADOPTED as the Court's opinion; therefore, the Commissioner's decision is hereby AFFIRMED and Judgment in ENTERED in favor of the Commissioner. This case stands closed.



| 4/20/21 | John E. Triplett, Acting Clerk |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/2020